AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_Southern_ DISTRICT OF _New York_

United States of America

-v-

Jorge Yepes

**APPEARANCE**

Case Number: 08 CR 537

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jorge Yepes

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/17/2008 | _[signature]_ |
| Date | Signature |
| | Johanna S. Zapp — 414 7427 |
| | Print Name — Bar Number |
| | 12 east 86th Street, Suite 434 |
| | Address |
| | New York / NY / 10028 |
| | City / State / Zip Code |
| | (917) 742-4953 / (917) 492-1879 |
| | Phone Number / Fax Number |