# JOHANNA S. ZAPP

12 East 86th Street, Suite 434, New York, New York 10028
917-742-4953 • 212-410-3351 • FAX 917-492-1879

ATTORNEY

NEW YORK, NEW JERSEY BARS

July 18, 2008



RECEIVED
JUL 1 8 2008
CHAMBERS OF
RICHARD J. HOLWELL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08

**SENT VIA FACSIMILE**

The Honorable Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: US v. Jorge Yepes
  08 CR 537

Dear Judge Holwell,

I represent the defendant in the above referenced matter. I have spoken with AUSA Marc Berger and I would ask that the Court grant an adjournment of the status conference scheduled for Friday, July 25 at 11:30. The Government consents to this request. No other requests for an adjournment of this conference have been made.

Defense counsel is engaged in on going discussions with the Government at this time. Counsel is requesting a date in September, specifically September 5, if that is amenable to the Court. I know that September 5 is an agreeable date for the Government.

Defendant waives any speedy trial rights he may have.

Very truly yours,

Johanna S. Zapp

cc: AUSA Marc Berger (Via Facsimile)

*[Handwritten note:]* Conference adjourned to 9/5/08 at 11:30. Time is excluded under the STA from today to 9/5/08 to permit defendant time to consider a pretrial disposition. The exclusion of time is in the interests of justice and outweighs the interests of the defendant and the public in a speedy trial. SO ORDERED. 7/24/08 [signature] USDJ