UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
UNITED STATES OF AMERICA

        v.                                       08 Cr. 537 (RJH)

JORGE ENRIQUE YEPES
_____

**ORDERED**, with no objection from AUSA Marc Peter Berger and Southern District of Florida Pretrial Officer, David Alvarado, that the passport for Jorge Enrique Yepes be released to him on Tuesday, September 2, 2008, at 9:00 am, for approximately five hours, so that he may apply for his driver's license on that date, at the Department of Motor Vehicles, Driver License Division, in Miami, Florida where he resides.

So Ordered.

_____
United States District Judge Richard J. Holwell

Dated: