UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.                                                          08 Cr. 537 (RJH)

JORGE ENRIQUE YEPES

---

**ORDERED**, with no objection from AUSA Marc Peter Berger and Southern District of Florida Pretrial Officer, David Alvarado, that the passport for Jorge Enrique Yepes be released to him on Tuesday, September 2, 2008, at 9:00 am, for approximately five hours, so that he may apply for his driver's license on that date, *in the presence of a pretrial officer from the District of Florida*, at the Department of Motor Vehicles, Driver License Division, in Miami, Florida where he resides.

So Ordered.

_____
United States District Judge Richard J. Holwell

Dated: 8/27/08

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08
```